7:15-CR-65-BO

FILED
JAN 02 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Dear Honorable Terrance W. Boyle:

    I'm writing this letter because im uncertain on whats going on with my case. I'm not satisfied with my attorneys services. I have yet to see my discovery. My attorney has failed to provide me with a copy of my discovery. I have yet to see any and all evidence against me. On my araignment on dec. 12 I plead guilty with the advice of my attorney, but she never took the time to go over my case. I would like to retract my guilty plea until I can see my discovery. I would like to remove my attorney from my case due to insuficient counsel. My right of due process are been violated. Thank you.

                    Raul Gonzalez C.