UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:15-CR-00065-BO-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | ORDER |
| | ) | |
| RAUL GONZALEZ-CARBAJAL | ) | |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Withdraw the previously filed Pro Se Motion to withdraw the Plea of Guilty and to appoint a new attorney [D.E. 42]. The Court is of the opinion that this motion should be allowed in the interest of justice.

IT IS, THEREFORE, ORDERED that the previously filed Pro Se Motion to withdraw the Plea of Guilty and to appoint a new attorney [D.E. 42] be withdrawn.

This 23 day of January, 2019.

_____
THE HONORABLE TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT COURT JUDGE